| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number<br>ELIZABETH A. BELL, CA Bar No. 205868<br>10850 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90024<br>Telephone: (310) 689-1677<br>Facsimile: (310) 234-8975<br><br>*Attorney for Appellant* | FOR COURT USE ONLY<br><br>**CV10 0050 GW**<br><br>FILED<br>2010 JAN -5 PM 2:56<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br>  Yari Film Group Releasing, LLC<br>                                         Debtor(s). | |
| Last four digits of Social Security Number(s): | CHAPTER: 11<br>CASE NUMBER: 2:08-bk32208-BR |
| Employer's Tax Identification No(s) [if any]:<br>20-1398319 | ADVERSARY NUMBER: |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)*  ☐ plaintiff   ☐ defendant or  ☒ other party

   *(specify name of party)* __Debtor's Affiliated Entities_____, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)*

   __Order attached hereto as Exhibit A_____ entered in this adversary proceeding or other proceeding

   *(describe other proceeding)* __Bankruptcy Case_____ on the

   ___23rd___ day of _____November_____, *(year)* __2009__.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers)*:

   Accidental Husband Intermediary, Inc.; Bob Yari Productions; Gray Matters Productions, LLC; Happy Endings Productions, LLC; Haven USA, LLC and Haven Distribution, LLC; Illusionist Distribution, LLC; KIOS Productions, LLC; Jumpshot Distribution, LLC; Lonely Maiden Productions, LLC; Nothing But The Truth Productions, LLC; RMC Distribution, LLC; Resurrecting the Champ Distribution, LLC; Shortcut to Happiness Distribution, LLC; Sophomore Distribution, LLC; Syndicate Films International, LLC (as sales agent for Christmas In Wonderland and Redline); Tishomingo Distribution, LLC; Winter Passing, LLC; and Yari Film Group, LLC.

   Represented by:
   Behzad Nahai
   10850 Wilshire Blvd, Ste. 1100
   (310) 470-2000

   Elizabeth A. Bell
   10850 Wilshire Blvd, Sixth Floor
   (310) 689-1677

   *(Continued on next page)*

| Notice of Appeal - *Page 2* | | FORM 17 |
|---|---|---|
| In re<br>Yari Film Group Releasing, LLC<br>Debtor(s). | CHAPTER. 11 | |
| | CASE NUMBER: 2:08-bk32208-B | |

Dated: 12/22/09

_Signature (Attorney for Appellant or Appellant if not represented by an Attorney)_

Elizabeth A. Bell

*Attorney Name*

10850 Wilshire Boulevard, Sixth Floor, Los Angeles, CA 90024

*Address*

(310) 689-1677

*Telephone Number*

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Revised 05/04                                                    FORM 17

# EXHIBIT A

1  Marc S. Cohen, CA Bar Number 65486
   *marccohen@kayescholer.com*
2  Alicia Clough, CA Bar Number 260012
   *alicia.clough@kayescholer.com*
3  KAYE SCHOLER LLP
   1999 Avenue of the Stars, Suite 1700
4  Los Angeles, California 90067-6048
5  Telephone: (310) 788-1000
   Facsimile: (310) 788-1200
6
   
FILED & ENTERED

NOV 23 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier   DEPUTY CLERK

Attorneys for The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Yari Film Group Releasing, LLC,

   Debtor.

) CASE NO. 2:08-bk-32208-BR
)
) Chapter 11
)
) ORDER GRANTING THE
) COMMITTEE'S MOTION TO COMPEL
) AFFILIATES OF YARI FILM GROUP
) RELEASING (1) TO COMPLY WITH
) COURT'S ORDER REQUIRING
) PRODUCTION OF DOCUMENTS, AND (2)
) TO PAY THE COMMITTEE'S
) REASONABLE EXPENSES, INCLUDING
) ATTORNEYS' FEES, CAUSED BY THE
) AFFILIATES' FAILURE TO COMPLY
) WITH COURT'S ORDER
)
)
)

The motion filed by the Official Committee of Unsecured Creditors (the "Committee") to compel the "Affiliates" of Yari Film Group Releasing, as such term is defined in the Court's August 11, 2009 Order [Docket No. 158] (the "2004 Order")[1] (1) To Comply with the Court's Order

---

[1] Pursuant to the 2004 Order, the parties bound (defined as the "Affiliates") include any legal entity that has common officers, directors and/or shareholders with the Debtor (i.e., Yari Film Group Releasing, LLC), including without limitation any parent, subsidiary or affiliate of the Debtor, Bob Yari Productions ("BYP"), or Yari Film Group ("YFG"), or any other entity in which the Debtor, Bob Yari, BYP or YFG (collectively or individually) owns a controlling interest, including but are not limited to Monument Releasing, LLC, Syndicate Films International, LLC, and the related production companies for the following films: *Winter*
(continued...)

Requiring Production of Documents, and (2) To Pay the Committee's Reasonable Expenses, Including Attorneys' Fees, Caused by the Affiliates' Failure to Comply with the Court's Order (the "Motion to Compel"), was heard at 10:00 a.m. on October 28, 2009 at the United States Bankruptcy Court in Los Angeles, CA, Courtroom 1668, the Honorable Barry Russell presiding. Marc S. Cohen of Kaye Scholer LLP appeared on behalf of the Committee; Behzad Nahai of The Nahai Law Group and Elizabeth Bell, general counsel for the Affiliates, appeared on behalf of the Affiliates; Elizabeth Bell appeared on her own behalf; and Harrison J. Dossick of Katten Muchin Rosenman LLP appeared on behalf of Worldwide SPE Acquisitions Inc. ("WSPE").

Having considered the record, pleadings, and papers on file herein, the arguments of counsel, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Affiliates' Opposition to the Motion to Compel was not timely filed and therefore is stricken;

2. The Evidentiary Objections to the Declarations of Elizabeth Bell, Gerald Gottesman, and Bryan Humphreys filed in support of the Opposition to the Motion to Compel are sustained;

3. The Motion to Compel is granted in its entirety, with the exception that Elizabeth Bell, general counsel to the Affiliates, is not ordered to pay the Committee's reasonable expenses, including attorneys' fees, caused by the Affiliates' failure to comply with the Court's order;

4. The Affiliates shall, within 10 days of entry of this order, (a) produce all outstanding Documents identified in Exhibit A to the Committee's 2004 Motion; and (b) serve a written response to the Committee's 2004 Motion (the "Written Response"). The Written Response shall comply with Federal Rule of Civil Procedure 34 (b)(2)(B), except that the Written Response shall not contain any objections to any of the requests, and it shall identify the name and business address of

---

*Passing, Find Me Guilty, The Illusionist, Haven, Gray Matters, First Snow, Kickin' It Old School, Even Money, Shortcut to Happiness, Resurrecting the Champ, Christmas in Wonderland, The Final Season, The Good Night, Where the Red Fern Grows, Redline, Accidental Husband, The Sophomore, Maiden Heist, Nothing But The Truth, and What Doesn't Kill You.*

2

Order#44512#84713868-1345-4b05-b497-4012697a1241.doc   [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL.

1. each entity and/or natural person on whose behalf the Written Response is being furnished (the "Responding Parties"). As to each individual request, the Written Response shall state (i) unequivocally that all responsive Documents in the possession, custody or control of the Responding Parties have been produced, and further (ii) whether any additional responsive Documents have existed at some earlier point in time and either have been lost or destroyed or are believed to be in the possession custody or control of a third party and, if so, the Written Response shall further identify such Documents and state, as applicable, when and under what circumstances such Documents were lost or destroyed and/or the name(s) and address(es) of all third parties who are believed to have possession, custody or control thereof. The Written Response shall be signed by counsel and/or an authorized officer or representative of each of the Responding Parties; and

5. Within 90 days of the entry of this order, the Affiliates shall pay the sum of $127,994.59 to the Committee, which amount represents the reasonable fees and expenses incurred by the Committee as a result of the Affiliates' noncompliance with the Court's 2004 Order as evidenced by the declarations filed by the Committee in support of the Motion to Compel [Docket Nos. 201 and 202] and the supplementary declarations filed by the Committee in support of the Motion to Compel [Docket Nos. 225 and 226].

DATED: November 23, 2009

_____
United States Bankruptcy Judge

Order#44512#84713868-f345-4b05-b497-4012697a1241.doc   [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL

3

| In re: YARI FILM GROUP RELEASING, LLC, Debtor(s). | CHAPTER 11 CASE NUMBER 2:08-32208-BR |
|---|---|

Note: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL AFFILIATES OF YARI FILM GROUP RELEASING (1) TO COMPLY WITH COURT'S ORDER REQUIRING PRODUCTION OF DOCUMENTS, AND (2) TO PAY THE COMMITTEE'S REASONABLE EXPENSES, INCLUDING ATTORNEYS' FEES, CAUSED BY THE AFFILIATES' FAILURE TO COMPLY WITH COURT'S ORDER will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☐ I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 23, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

☒ II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 23, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☐ III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on November 23, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

Kave Scholer llp

4

Order#44512#84713868-f345-4b05-b497-4012697a1241.doc    [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL



Case 2:08-bk-32208-BR  Doc 228  Filed 11/23/09  Entered 11/23/09 12:00:47  Desc
Main Document  Page 5 of 11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| November 23, 2009 | Toyia Ellis | /s/ Toyia Ellis |

Kave Scholer llp

Order#44512#84713868-f345-4b05-b497-4012697a1241.doc  [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL

5

### SERVICE LIST FOR PROPOSED ORDER

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**Served By U.S. Mail:**

| | |
|---|---|
| **Debtor**<br>Yari Film Group Releasing, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | **Debtor's Counsel**<br>David B. Golubchik<br>Levene Neal Bender Rankin & Brill LLP<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067 |
| J. Scott Douglass<br>909 Fanning, Suite 1800<br>Houston, TX 77010 | Russell Clementson<br>Office of the U.S. Trustee<br>725 S. Figueroa Street, Suite 2600<br>Los Angeles, CA 90017 |
| Pamela Kohlman Webster<br>Buchalter Nemer, P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 | Harrison J. Dossick<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 |
| Elizabeth A. Bell<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Behzad Nahai<br>Mark F. Wendorff<br>Nahai Law Group<br>10850 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90024 |
| Bob Yari Productions<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Yari Film Group<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Monument Releasing, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Syndicate Films International, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Find Me Guilty, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | The Illusionist, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Haven, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Gray Matters, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| First Snow, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Kickin' It Old School, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Even Money, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Shortcut to Happiness, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Resurrecting the Champ, LLC<br>10850 Wilshire Boulevard, 6th Floor | Christmas in Wonderland, LLC<br>10850 Wilshire Boulevard, 6th Floor |

Kaye Scholer llp

6

Order#44512#84713868-0345-4b05-b497-4012697a1241.doc   [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL.

| | |
|---|---|
| Los Angeles, CA 90024 | Los Angeles, CA 90024 |
| The Final Season, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | The Good Night, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Where the Red Fern Grows, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Redline, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Accidental Husband, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | The Sophomore, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Maiden Heist<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Nothing But The Truth, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| What Doesn't Kill You, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | |

**Served By Overnight Mail:**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1660
Los Angeles, CA 90012

Kaye Scholer llp

7

Order#44512#84713868-f345-4b05-b497-4012697a1241.doc   [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL

| In re: YARI FILM GROUP RELEASING LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-32208-BR |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

2) The title of the judgment or order and all service information must be filled in by the party lodging the order.

3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.

4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL AFFILIATES OF YARI FILM GROUP RELEASING (1) TO COMPLY WITH COURT'S ORDER REQUIRING PRODUCTION OF DOCUMENTS, AND (2) TO PAY THE COMMITTEE'S REASONABLE EXPENSES, INCLUDING ATTORNEYS' FEES, CAUSED BY THE AFFILIATES' FAILURE TO COMPLY WITH COURT'S ORDER was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

☒I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☒II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

☒III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

8

Order#44512#84713868-f345-4b05-b497-4012697a1241).doc    [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL

Kaye Scholer llp

# SERVICE LIST FOR ENTERED ORDER

## I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

David E Ahdoot   dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
Sara Biegel   sbiegel@szabo.com
Alicia Clough   alicia.clough@kayescholer.com
Marc S Cohen   mcohen@kayescholer.com
Ashleigh A Danker   adanker@kayescholer.com
Brian L Davidoff   , calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Harrison J Dossick   harrison.dossick@kattenlaw.com
Mark E Felger   mfelger@cozen.com
David B Golubchik   dbg@lnbrb.com
Peter J Gurfein   pgurfein@akingump.com
Brian D Huben   brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
Joseph A Kohanski   jkohanski@bushquinonez.com
Mette H Kurth   kurth.mette@arentfox.com
Krikor J Meshefejian   kjm@lnbrb.com
Patrick E Michela   pmichela@hillfarrer.com
Elissa Miller   emiller@sulmeyerlaw.com
Behzad Nahai   bnahai@nahailawgroup.com
Eric Peterson   , calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Daniel Pouladian   dpouladian@akingump.com
Thomas H Prouty   thomas.prouty@troutmansanders.com
Jeffrey S Renzi   jrenzi@ssd.com, clopez@ssd.com;ptsui@ssd.com
J Alexandra Rhim   arhim@buchalter.com, smartin@buchalter.com
Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com
Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
Jeffrey S Shinbrot   shinbrot@earthlink.net
Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Jason Wallach   jwallach@gladstonemichel.com
Pamela Kohlman Webster   pwebster@buchalter.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**Served By U.S. Mail:**

**Debtor**
Yari Film Group Releasing, LLC
10850 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90024

**Debtor's Counsel**
David B. Golubchik
Levene Neal Bender Rankin & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

J. Scott Douglass
909 Fanning, Suite 1800
Houston, TX 77010

Russell Clementson
Office of the U.S. Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

9

Order#44512#84713868-f345-4b05-b497-4012697a1241.doc   [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL

| | |
|---|---|
| Pamela Kohlman Webster<br>Buchalter Nemer, P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 | Harrison J. Dossick<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067 |
| Elizabeth A. Bell<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Behzad Nahai<br>Mark F. Wendorff<br>Nahai Law Group<br>10850 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90024 |
| Bob Yari Productions<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Yari Film Group<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Monument Releasing, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Syndicate Films International, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Find Me Guilty, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | The Illusionist, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Haven, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Gray Matters, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| First Snow, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Kickin' It Old School, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Even Money, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Shortcut to Happiness, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Resurrecting the Champ, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Christmas in Wonderland, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| The Final Season, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | The Good Night, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Where the Red Fern Grows, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Redline, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| Accidental Husband, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | The Sophomore, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |

Kaye Scholer llp

| | |
|---|---|
| Maiden Heist<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Nothing But The Truth, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 |
| What Doesn't Kill You, LLC<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Marc S. Cohen<br>Alicia Clough<br>Kaye Scholer LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067 |

**III.   TO BE SERVED BY THE LODGING PARTY:**

| | |
|---|---|
| Elizabeth A. Bell<br>10850 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90024 | Behzad Nahai<br>Mark F. Wendorff<br>Nahai Law Group<br>10850 Wilshire Boulevard, Suite 1100<br>Los Angeles, CA 90024 |

Kaye Scholer llp

11

Order#44512#84713868-f345-4b05-b497-4012697n1241.doc   [PROPOSED] ORDER GRANTING THE COMMITTEE'S MOTION TO COMPEL

| In re: YARI FILM GROUP RELEASING, LLC, | Debtor. | Chapter 11<br>Case No. 2:08-bk-32208-BR |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd, 11th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document described **NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 22, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **December 22, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 22, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Los Angeles Division
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/22/2009 | Megan J. Wilson | /s/ Megan J Wilson |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1

| In re: YARI FILM GROUP RELEASING, LLC, | Chapter 11 |
|---|---|
| Debtor. | Case No. 2:08-bk-32208-BR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- David E Ahdoot   dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Sara Biegel   sbiegel@szabo.com
- Alicia Clough   alicia.clough@kayescholer.com
- Marc S Cohen   mcohen@kayescholer.com
- Ashleigh A Danker   adanker@kayescholer.com
- Brian L Davidoff   , calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Harrison J Dossick   harrison.dossick@kattenlaw.com
- Mark E Felger   mfelger@cozen.com
- David B Golubchik   dbg@lnbrb.com
- Peter J Gurfein   pgurfein@akingump.com
- Brian D Huben   brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Joseph A Kohanski   jkohanski@bushquinonez.com
- Mette H Kurth   kurth.mette@arentfox.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Patrick E Michela   pmichela@hillfarrer.com
- Elissa Miller   emiller@sulmeyerlaw.com
- Behzad Nahai   bnahai@nahailawgroup.com
- Eric Peterson   , rhummer@hinshawlaw.com;scox@hinshawlaw.com;cbuchanan@hinshawlaw.com;mwood@hinshawlaw.com
- Daniel Pouladian   dpouladian@akingump.com
- Thomas H Prouty   thomas.prouty@troutmansanders.com
- Jeffrey S Renzi   jrenzi@ssd.com, clopez@ssd.com;ptsui@ssd.com
- J Alexandra Rhim   arhim@buchalter.com, smartin@buchalter.com
- Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com
- Bruce S Schildkraut   bruce.schildkraut@usdoj.gov
- Jeffrey S Shinbrot   shinbrot@earthlink.net
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Alan G Tippie   atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Jason Wallach   jwallach@gladstonemichel.com
- Pamela Kohlman Webster   pwebster@buchalter.com

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Counsel for Committee
Marc S. Cohen, Esq.
Alicia Clough, Esq.
Kaye Scholer
1999 Avenue of the Starts, Ste 1700
Los Angeles, CA 90067

Counsel for Worldwide SPE Acquisitions, Inc.
Pamela K. Webster, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Ste 1500
Los Angeles, CA 90017

Counsel for Worldwide SPE
Harrison J. Dossick
Brian D Huben
Katten Muchin Rosenman
2029 Century Park East, Ste 2600
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009   F 9013-3.1